# UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF ARIZONA<br>2005 N. Central Ave.<br>Phoenix, AZ 85004<br><br>ADELITA GRIJALVA<br>Office of the 7th Cong. Dist. of Arizona<br>1203 Longworth House Office Building<br>Washington, DC 20515,<br><br>            Plaintiffs,<br>v.<br><br>UNITED STATES HOUSE OF REPRESENTATIVES, A LEGISLATIVE CHAMBER<br>United States Capitol<br>Washington, DC 20515-6601<br><br>KEVIN McCUMBER, CLERK, IN HIS OFFICIAL CAPACITY<br>United States Capitol<br>Room H154<br>Washington, DC 20515-6601<br><br>WILLIAM McFARLAND, SERGEANT AT ARMS, IN HIS OFFICIAL CAPACITY<br>United States Capitol<br>Room H-124<br>Washington, DC 20515-6601,<br><br>            Defendants. | No. 1:25-cv-03740<br><br>**NOTICE OF ERRATA** |

## NOTICE OF ERRATA

After the Complaint in this matter was filed, Plaintiffs received a notice of case error citing noncompliance with LCvR 5.1(c), requiring the inclusion of name and full address of each party. In the attached corrected pleading, Plaintiffs have included addresses for each party.

**RESPECTFULLY SUBMITTED** this 22nd day of October, 2025.

    **KRISTIN K. MAYES**
    Attorney General for the State of Arizona

    By: /s/ Joshua D. Bendor
    Joshua D. Bendor
    D.D.C. Bar ID 031908
    *Solicitor General*
    Joshua A. Katz
    *Assistant Attorney General*
    2005 North Central Avenue
    Phoenix, AZ 85004
    (602) 542-3333
    Joshua.Bendor@azag.gov
    Joshua.Katz@azag.gov

    *Attorneys for the State of Arizona*


    Joseph E. Sandler D.C. Bar No. 255919
    Neil P. Reiff D.C. Bar No. 448170
    Sandler Reiff Lamb Rosenstein & Birkenstock, P.C.
    1620 I Street, N.W. Suite 900
    Washington, D.C. 20006
    Tel: 202-479-1111
    Fax: 202-479-1115
    sandler@sandlerreiff.com
    reiff@sandlerreiff.com

    *Attorneys for U.S. Representative-Elect*
    *Adelita Grijalva*