AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| STATE OF ARIZONA, et al., | ) |
| *Plaintiff* | ) |
| v. | ) |
| UNITED STATES HOUSE OF REPS., et al. | ) |
| *Defendant* | ) |

Case No.    25-03740-TNM

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Arizona.                                                                                              .

Date:    10/27/2025

/s/ Joshua A. Katz
*Attorney's signature*

Joshua A. Katz (AZ Bar No. 039449)
*Printed name and bar number*
Arizona Attorney General's Office
2005 N. Central Ave.
Phoenix, AZ 85004

*Address*

joshua.katz@azag.gov; ACL@azag.gov
*E-mail address*

(602) 542-8053
*Telephone number*

(602) 542-8308
*FAX number*