AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Stae of Arizona et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-cv-03740 |
| US House of Representatives | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Co-Plaintiff Adelita Grijalva.

Date: 10/28/2025

/s/ Joseph E Sandler
*Attorney's signature*

Joseph E Sandler DC Bar 255919
*Printed name and bar number*

Sandler Reiff Lamb Rosenstein & Birkenstock
1620 I St NW  Suite 900
Washignton DC 20006

*Address*

sandler@sandlerreiff.com
*E-mail address*

(202) 607-0700
*Telephone number*

(202) 479-1111
*FAX number*