IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF ARIZONA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES HOUSE OF REPRESENTATIVES, *et al.*,<br><br>Defendants. | No. 1:25-cv-03740-JTM<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL** |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

On November 12, 2025, Speaker Michael Johnson administered the oath of office to Representative Adelita Grijalva of Arizona's Seventh Congressional District and she assumed her office. In light of these events, Plaintiffs voluntarily dismiss this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**Respectfully submitted** this 14th day of November, 2025.

                                              **KRISTIN K. MAYES**
                                              Attorney General for the State of Arizona

                                              By: /s/ *Joshua A. Katz*
                                              Joshua D. Bendor
                                              D.D.C. Bar ID 031908
                                              *Solicitor General*
                                              Joshua A. Katz
                                              *Assistant Attorney General*
                                              2005 North Central Avenue
                                              Phoenix, AZ 85004
                                              (602) 542-3333
                                              Joshua.Bendor@azag.gov
                                              Joshua.Katz@azag.gov

                                              *Attorneys for the State of Arizona*

By: <u>/s/    *Joseph E. Sandler*</u>
Joseph E. Sandler D.C. Bar No. 255919
Neil P. Reiff D.C. Bar No. 448170
Sandler Reiff Lamb Rosenstein & Birkenstock, P.C.
1620 I Street, N.W.  Suite 900
Washington, D.C.  20006
Tel:  202-479-1111
Fax:  202-479-1115
sandler@sandlerreiff.com
reiff@sandlerreiff.com

*Attorneys for U.S. Representative Adelita Grijalva*

2